UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 31220
    KELLEY L GARRETT
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7405
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/09/2005 and was confirmed 10/24/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/05/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | SECURED | 4847.44 | 739.82 | .00 |
| CREDIT ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 05 B 31220 KELLEY L GARRETT

```
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
```

```
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED     NOT FILED              .00              .00
CITY OF CHICAGO PARKING     UNSECURED       6240.00              .00              .00
LINEBARGER GOGGAN BLAIR     NOTICE ONLY   NOT FILED              .00              .00
COMED                       UNSECURED     NOT FILED              .00              .00
DIRECTV                     UNSECURED     NOT FILED              .00              .00
NICOR GAS                   UNSECURED        450.10              .00              .00
STARKS & BOYD PC            DEBTOR ATTY    1,794.00                         1,118.01
TOM VAUGHN                  TRUSTEE                                           109.17
DEBTOR REFUND               REFUND                                               .00
```

```
         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        1,967.00

PRIORITY                                                    .00
SECURED                                                     .00
     INTEREST                                            739.82
UNSECURED                                                   .00
ADMINISTRATIVE                                         1,118.01
TRUSTEE COMPENSATION                                     109.17
DEBTOR REFUND                                               .00
                         ---------------        ---------------
TOTALS                         1,967.00              1,967.00
```

PAGE  3 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 31220 KELLEY L GARRETT

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/26/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE  4
          CASE NO. 05 B 31220 KELLEY L GARRETT